IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-05712-RTG

ARTURO GOMES MORANTE,

Applicant,

v.

JUAN BALTAZAR, Warden of Aurora ICE Detention Center,
MARKWAYNE MULLIN, Secretary of DHS, and
DAVID VENTURELLA, Acting Director of ICE,

Respondents.

---

ORDER DRAWING CASE

---

After review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be assigned to District Judge S. Kato Crews. *See* D.C.COLO.LCivR 8.1(c) and 40.1(d)(1); *see also Gomes Morante v. Director*, 26-cv-04156-SKC. Accordingly, it is

ORDERED that this case be assigned to District Judge S. Kato Crews under D.C.COLO.LCivR 40.1(d)(1).

DATED November 6, 2026.

BY THE COURT:

Richard T. Gurley
United States Magistrate Judge